In the Matter of the Appointment of an Ancillary Successor Trustee under the Will of BRENT GOOD, Deceased. HENRY H. HOYT, JR., et al., Appellants; HENRY H. HOYT, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to all parties appearing herein and filing briefs, payable out of the trust. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 927.]

SOL H. LEVINSON, Respondent, v. NATHAN DOSCHER, Appellant, et al., Defendants.— Order, so far as appealed from, reversed, with $20 costs and disbursements, and the motion to strike out the second separate and complete defense denied. The defense is sufficient to assert defendant's authority and justification, and may stand to permit the defendant to adduce the facts showing the circumstances under which he acted. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.; Callahan, J., dissents and votes to affirm with leave to amend.

In the Matter of SIDNEY EISENBERG, Judgment-Creditor-Appellant, against MERCER HICKS CORPORATION, Judgment-Debtor-Respondent. DANIEL J. RIESNER, as Receiver of MERCER HICKS CORPORATION, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. MERCER HICKS CORPORATION, Defendant.— Order unanimously affirmed, with $20 costs and disbursements, without prejudice to the judgment creditor's lien under section 794 of the Civil Practice Act against creditors other than those deriving their rights under article 23-A of the General Business Law. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of SIDNEY EISENBERG, Judgment-Creditor-Appellant, against MERCER HICKS CORPORATION, Judgment-Debtor-Respondent. DANIEL J. RIESNER, as Receiver of MERCER HICKS CORPORATION, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [199 Misc. 52.]

In the Matter of COLUMBIA BROADCASTING SYSTEM, INC., Appellant, to Stay Arbitration. RADIO WRITERS' GUILD OF THE AUTHORS' LEAGUE OF AMERICA, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

SAUL FREEDMAN, Respondent, v. SOL COHEN, Appellant.— Order unanimously modified so as to eliminate item 8 and, as so modified, affirmed, without costs. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

HELEN RUTAN, Appellant, v. MARTIN McVOY, Defendant. ELSA C. McVOY et al., as Executors of MARTIN McVOY, JR., Deceased, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.